NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
JEREMY L. BURKHARDT (CA SBN 321744)
Assistant United States Attorney
      Federal Building, Suite 7211
      300 North Los Angeles Street
      Los Angeles, California 90012
      Telephone: (213) 894-5810
      Facsimile: (213) 894-0115
      E-mail: Jeremy.Burkhardt@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SERGIO PEREZ, *et al.*,<br><br>    Defendants. | Case No.: 5:18-cv-02548-JGB-SPx<br>(consolidated with 5:19-cv-00915-JGB-SP)<br><br>Judgment Against Defendant Sergio Perez Reducing TFRP Assessments to Judgment |

Based upon the Stipulation for Entry of Judgment entered into by Plaintiff United States of America and defendant Sergio Perez, it is hereby

ORDERED, ADJUDGED, AND DECREED that:

Judgment is entered in favor of the United States and against defendant Sergio Perez, for the unpaid Trust Fund Recovery Penalties described in the chart below, plus interest and statutory accruals from May 10, 2019, pursuant to 26 U.S.C. §§ 6601, 6621 and 6622, and 28 U.S.C. § 1961(c), until this judgment is fully paid:

| Tax Period | Assessment Date | Assessment Type | Amount |
|---|---|---|---|
| 3/31/2007 | 12/10/2008 | 26 U.S.C. § 6672 Penalty<br>**Balance due as of 5/10/2019** | $202,165.31<br>**$291,591.78** |
| 9/30/2007 | 12/10/2008 | 26 U.S.C. § 6672 Penalty<br>**Balance due as of 5/10/2019** | $195,027.37<br>**$287,280.52** |

| | | | |
|---|---|---|---|
| 12/31/2007 | 5/18/2009 | 26 U.S.C. § 6672 Penalty<br>**Balance due as of 5/10/2019** | $188,615.15<br>**$272,122.75** |
| 9/30/2011 | 5/26/2016 | 26 U.S.C. § 6672 Penalty<br>**Balance due as of 5/10/2019** | $213,600.90<br>**$244,000.79** |
| 12/31/2011 | 5/26/2016 | 26 U.S.C. § 6672 Penalty<br>**Balance due as of 5/10/2019** | $242,236.04<br>**$276,647.12** |
| 3/31/2012 | 5/26/2016 | 26 U.S.C. § 6672 Penalty<br>**Balance due as of 5/10/2019** | $308,657.84<br>**$352,504.54** |
| 6/30/2012 | 5/26/2016 | 26 U.S.C. § 6672 Penalty<br>**Balance due as of 5/10/2019** | $230,144.99<br>**$262,838.47** |
| 9/30/2012 | 5/26/2016 | 26 U.S.C. § 6672 Penalty<br>**Balance due as of 5/10/2019** | $327,085.00<br>**$373,549.39** |
| 12/31/2012 | 5/26/2016 | 26 U.S.C. § 6672 Penalty<br>**Balance due as of 5/10/2019** | $477.591.32<br>**$545,436.03** |
| 3/31/2013 | 6/13/2016 | 26 U.S.C. § 6672 Penalty<br>**Balance due as of 5/10/2019** | $345,843.07<br>**$381,931.98** |
| 6/30/2013 | 6/13/2016 | 26 U.S.C. § 6672 Penalty<br>**Balance due as of 5/10/2019** | $365,272.91<br>**$416,342.32** |
| 9/30/2013 | 6/13/2016 | 26 U.S.C. § 6672 Penalty<br>**Balance due as of 5/10/2019** | $309,419.53<br>**$352,680.00** |
| 12/31/2013 | 6/13/2016 | 26 U.S.C. § 6672 Penalty<br>**Balance due as of 5/10/2019** | $177,284.35<br>**$202,070.77** |
| **Total Balance Due as of 5/10/2019** | | | **$4,258,996.46** |

Dated: December 19, 2019

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE