# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> v. <br><br> Sergio Perez, et al. <br><br> Defendants. | Case No. EDCV 5:18-CV-2548 JGB (SPx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed on April 9, 2020, the Motion for Default Judgment against Defendants Christina Perez, Derrick Cotton, Morningstar Pool and Spa, American Express Centurion Bank, Harrison Building Inc., Lobel Financial Corp., and Windingwalk Master Association by Plaintiff United States of America is GRANTED.

Judgment is entered in favor of Plaintiff.

Dated: April 10, 2020

THE HONORABLE JESUS G. BERNAL
United States District Judge